```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WENYE ZHANG, et al.,                         :

                                             :     ORDER OF DISCONTINUANCE
                    Plaintiffs,              :     18 Civ. 1697 (GWG)
                                             :
    -v.-                                     :
                                             :
                                             :
LING SKINCARE LTD., et al.,                  :
                                             :
                                             :
                    Defendants.              :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

   This case contains claims under the Fair Labor Standards Act. On August 15, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In filings dated October 31, 2018, and November 8, 2018 (Docket ##33 and 35), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement, the Court find that it is fair and reasonable. The settlement is approved.

   Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

   Any pending motions are moot. The Clerk is requested to close the case.

   SO ORDERED.

Dated: November 8, 2018
       New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge